869

BEFORE THE THIRD DIVISION, MARCH 1, 1967

**No. P67/55.**—Geo. S. Bush & Co., Inc. *v.* United States, protests 272443–K, etc. (Portland, Oreg.).

LANDIS, J.   In accordance with stipulation of counsel that the items of merchandise marked "T" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), and that the items of merchandise marked "D" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 7, 1967

**No. P67/56.**—Gemsco, Inc., et al. *v.* United States, protests 61/14375, etc. (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of certain insignia similar in all material respects to those the subject of *Gemsco, Inc.* v. *United States* (48 Cust. Ct. 377, Abstract 66583), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, MARCH 7, 1967

**No. P67/57.**—National Silver Company *v.* United States, protests 63/11967, etc. (Los Angeles).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.